IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CASEY LEE PAUL,**

    **Petitioner,**

**v.**                                          Case No. 5:25-cv-165-AW-MAL

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation (ECF No. 3), to which there has been no objection. I conclude the report and recommendation should be approved, and I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on August 11, 2025.

                                           s/ *Allen Winsor*
                                           Chief United States District Judge